PHILLIP MURRAY, SBN 213352
DANIEL M. LINDSAY, SBN 142895
JAMES HARRISON, SBN 194979
JENNIFER RAGAN, SBN 191711
JUSTIN DELACRUZ, SBN 285274
**CALIFORNIA CORRECTIONAL**
**PEACE OFFICERS ASSOCIATION**
**LEGAL DEPARTMENT**
755 Riverpoint Drive, Suite 200
West Sacramento, California 95605-1634
Telephone: (916) 372-6060
Facsimile: (916) 340-9372

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN BLUE, JASON HASTEY, STEVEN OSCHNER, ARTHUR TOVAR, JAMES MCCLOUGHAN, CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA OFFICE OF THE INSPECTOR GENERAL; ROBERT A. BARTON, Inspector General, DOES 1-100,**<br><br>Defendants. | No. 2:15-CV-02656-KJM-CKD<br><br>**DECLARATION OF JENNIFER RAGAN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND** |

I, JENNIFER RAGAN, declare as follows:

    1.    I am an attorney at law, licensed to practice in all of the courts of the State of California. I am employed as Staff Counsel in the Legal Department of the California Correctional Peace Officers Association ("CCPOA"), attorneys of record for Plaintiffs. I am also the attorney of record in Plaintiff CCPOA's petition to compel arbitration. If called as a witness, I could and would testify competently to the facts of this Declaration.

1

2. On January 19, 2016, I appeared before the Honorable Raymond M. Cadei in a hearing on the California Department of Corrections and Rehabilitation ("CDCR") and the California Department of Human Resources' ("CalHR") ex parte application to continue the hearing on Plaintiff CCPOA's motion to compel arbitration.

3. On January 28, 2016, I appeared before the Honorable Raymond M. Cadei in a hearing on California Office of the Inspector General's ("OIG") ex parte application for leave to file an amicus brief in opposition to Plaintiff CCPOA's motion to compel arbitration. James Spurling and Shaun Spillane appeared on behalf of OIG.

4. On February 3, 2016, I appeared before the Honorable Raymond M. Cadei in a hearing on CCPOA's motion to compel arbitration. James Spurling and Shaun Spillane appeared on behalf of OIG.

EXECUTED this 3rd day of February 2016, at West Sacramento, California.

_____
JENNIFER RAGAN

2

Declaration of Jennifer Ragan in Support of Plaintiffs' Motion to Remand
Blue, et al. v. California Office of the Inspector General, et al. Case No. 2:15-cv-02656