UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BLUE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CALIFORNIA OFFICE OF THE INSPECTOR GENERAL, et al.,<br><br>          Defendants. | No.  2:15-cv-02656 KJM CKD |
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | No.  2:90-cv-0520 KJM KJN<br><br><br>ORDER |

    The court has received the Notice of Related Cases (Notice) concerning the above-captioned cases filed January 8, 2016, *see* Local Rule 123, as well as the response by plaintiffs in Case No. 2:90-cv-0520 KJM KJN to the Notice.  Upon review, the court has determined it is inappropriate to relate and reassign Case No. 2:15-cv-02656 KJM CKD to Case No. 2:90-cv-0520 KJM KJN, and therefore declines to do so.

1

1    The Notice also asserts that Case No. 2:15-cv-02656 KJM CKD is related to two cases filed in the United States District Court for the Northern District of California, *Armstrong, et al. v. Brown, et al.,* Case No. 4:94-cv-02307-CW, and *Madrid, et al. v. Department of Corrections, et al.,* Case No. 3:90-cv-03094 TEH,[1] and to a case pending in the Sacramento County Superior Court, *California Correctional Peace Officers Association v. State of California, Department of Corrections and Rehabilitation and State of California, Department of Human Resources*, Case No. 34-2015-00188266.  Local Rule 123 applies only to cases filed in the United States District Court for the Eastern District of California and does not authorize this court to relate actions filed in this court to actions filed in other courts.

   Nothing in this order should be construed as a finding on the merits of any of the assertions in the Notice or the response of the *Coleman* plaintiffs to the Notice.

   IT IS SO ORDERED.

DATED:  March 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the presiding judge in *Plata* also has declined to relate.